IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD GHILARDUCCI,<br><br>    Defendant.<br>_____/ | No. C 10-00056 CRB<br><br>**ORDER TO SHOW CAUSE** |

Defendant Richard Ghilarducci has filed a motion to vacate under 28 U.S.C. § 2255, arguing that the Government engaged in prosecutorial misconduct, that his counsel was ineffective, and that his sentence was unconstitutional. Good cause appearing therefor, the Government is hereby ORDERED to file an opposition to Defendant's motion within 60 days of this Order. Defendant may file a response within 30 days thereafter, if he wishes to do so.

**IT IS SO ORDERED.**

Dated: June 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\56\osc.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28