IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. C 10-00056 CRB |
| Plaintiff, | **ORDER DENYING MOTION TO REQUEST ASSISTANCE OF COUNSEL** |
| v. | |
| RICHARD GHILARDUCCI, | |
| Defendant. / | |

Defendant Richard Ghilarducci's Motion to Request Assistance of Counsel is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: August 2, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\56\order re asst of counsel.wpd