IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br> v.<br><br>RICHARD GHILARDUCCI,<br><br>   Defendant.        / | No. C 10-00056 CRB<br><br>**ORDER AMENDING AUGUST 24, 2012 ORDER** |

  The Court hereby AMENDS its Order of August 24, 2012 to specify that Gary and Jackie Lipscomb may deposit into the Court Registry payment representing part of the proceeds from the sale of real property discussed in the August 24, 2012 Order.

  **IT IS SO ORDERED.**

Dated: December 5, 2012             CHARLES R. BREYER
                            UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\56\order re Aug 24 order.wpd